**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Eddie Pratt,
   Plaintiff,

vs.

Office of Civil Rights, Colorado Dept. of Education, and Gateway Comm. College,
   Defendants.

CV 12-1821-PHX-JAT

**ORDER**

Pending before the Court are various motions, which the Court will address below.

**A.  Motion to Dismiss**

Gateway Community College (Gateway) seeks dismissal for two reasons: 1) the complaint fails to state a claim under Federal Rule of Civil Procedure 12(b)(6), and 2) Gateway is a non-jural entity. Doc. 12. Gateway Community College has argued that it is a governmental entity. Doc. 12. However, Plaintiff has argued that it is a legal corporation, not a governmental entity. Doc. 13 at 2. Neither party has presented evidence to support their factual argument. Because the Court cannot resolve this dispute without evidence (which the Court could consider in the context of a 12(b)(1) motion), the Court will deny the motion to dismiss on this basis.

Gateway has also argued that the Complaint fails to state a claim. The Complaint (quoted in its entirety) alleges as follows:

> I the plaintiff Eddie L. Pratt ask for a plea for relief and justice; resulting from a perceived loss of integrity, humiliated [sic], stature, dignity, harassment, abridged human rights, and slavery. That is why we need Titles'

> V, VI, VII of the Civil Rights Act, HR, 7152 to prevent [sic] where Federal Funds are involved. Title VI, and the Title VII is sound; it is [sic] constitutional right. Now, what will it accomplish? It will guarantee that the money collected by colorblind tax collectors will be distributed by Federal and State administrator [sic] who are equally colorblind, eliminate [sic] discrimination.
>
> I file [sic] a complaint with both [sic] Office of Civil Rights - Attorney Thomas Rock and EEOC Rayford Irvin; "hostile environment" wrongful termination, and discrimination. They did not follow policy and procedure. [citation omitted]. The agencies didn't investigate my case; which violated my civil rights [citation omitted]; unlawful basis; none [sic] white [sic] get less hours, less pay, while whites get more hours and more pay. In fact, they dismiss [sic] my case and never gave me an appeal, and also denied a waiver. [citation omitted].
>
> Fourteenth Amendment to the U.S. Constitution declares that no state may not [sic] "deny" to any person within its jurisdiction the equal protect [sic] of the laws. [citation omitted].

Doc. 1.

Rule 8(a)(2) requires a "short and plain statement of the claim showing that the pleader is entitled to relief," so that the defendant has "fair notice of what the . . . claim is and the grounds upon which it rests." *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 555 (2007)(quoting *Conley v. Gibson*, 355 U.S. 41, 47 (1957)). Here, Defendant Gateway is never mentioned in the Complaint. Accordingly, the Complaint fails to state a claim against this Defendant under *Twombly* and the motion to dismiss will be granted. To the extent Plaintiff responded to this motion by a motion (Doc. 13), Plaintiff's motion will be denied.

### B. Motion for Sanctions

Defendant Gateway has also moved for sanctions under Rule 11(b) against Plaintiff for her various filings, including her continuous efforts to seeks default against Defendant Gateway while its motion to dismiss is pending. Doc. 29. Defendant Gateway argues that these motions are for the purposes of harassment and to increase the costs of the litigation. The Court agrees. Therefore, Defendant Gateway may file a motion for attorneys fees for the time expended in responding to Plaintiff's five pending motions relating default (Docs. 21, 22, 23, 25, and 31). To the extent Plaintiff has opposed the request for sanctions by a motion (Doc. 34), Plaintiff's motion is denied. Further, all the pending motions for default

will be denied.

### C.     Other Pending Motions

Also pending are two motions to amend and one motion for sanctions filed by Plaintiff. The motion for sanctions has failed to establish an entitlement to sanctions and will be denied. The two motions to amend are called, "motion to amend - substitution of a misnomer correction to party served." Docs. 5 and 6. They appear to be the same document filed twice. Further, they are virtually identical copies of the original complaint. Re-filing the same document three times does not justify granting leave to amend. Therefore, these motions will be denied.

Accordingly,

**IT IS ORDERED** that the motion to dismiss of Defendant Gateway (Doc. 12) is granted. Defendant Gateway is dismissed, with prejudice, because the Complaint fails to state a claim against this Defendant. The Clerk of the Court shall not enter judgment at this time.

**IT IS FURTHER ORDERED** that on Wednesday, July 10, 2013 at 2:30 p.m., Plaintiff shall appear and show cause why the two remaining Defendants (Office of Civil Rights and Colorado Department of Education) should not be dismissed for failing to serve within the time limits of Federal Rule of Civil Procedure 4(m). If Plaintiff fails to appear, or fails to show cause, judgment will be entered dismissing the Complaint against ALL Defendants.

**IT IS FURTHER ORDERED** that Gateway's motion for sanctions (Doc. 29) is granted to the extent specified above. Gateway may file a motion for attorneys fees (consistent with the procedures required by the Local Rules) by July 9, 2013.

/ / /

/ / /

/ / /

/ / /

- 3 -

1  **IT IS FINALLY ORDERED** that all other pending motions (Docs. 13, 15, 16, 21,
2  22, 23, 25, 31, 34 and 36) are denied.

3  DATED this 12th day of June, 2013.

James A. Teilborg
Senior United States District Judge

- 4 -